■ DENISE GIBLIN et al, Individually and as Parents and Natural Guardians of DANIELLE GIBLIN, an Infant, Respondents, v WEST IRONDEQUOIT CENTRAL SCHOOL DISTRICT et al., Appellants. [916 NYS2d 568]—Appeal from an order of the Supreme Court, Monroe County (Harold L. Galloway, J.), entered November 6, 2009 in a personal injury action. The order, among other things, denied in part defendants' motion for summary judgment dismissing the complaint.

It is hereby ordered that the order so appealed from is

unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Centra, Carni, Sconiers and Gorski, JJ.